# APPENDIX A
# IKEIE SMITH'S AFFIDAVIT

STATE OF MICHIGAN )
                  ) AFFIDAVIT
COUNTY OF BARAGA  )

Ikeie Smith, being first duly sworn and says:

1. My name is Ikeie Smith #369273, I was a inmate at Bellamy Creek Corr. Fac. from October 8, 2019 until July 14, 2021.

2. On January 2, 2020 I saw a inmate get assaulted by guard Rubley and other guards.

3. That same day I reported the incident to Sgt. Stomp I was told by Stomp "mind your own business, do your time, or find yourself in a hard place around here."

4. On January 3, 2020 I mailed a formal complaint to the Director's Office in Lansing, and sent kites to Warden Macauley, ADW Blackman and Inspector Moyer.

5. That same day guard Welch confronted me about reporting guard Rubley and the other guards. Welch said "Smith you asking for trouble fuck boy." During his round.

6. Guard Welch came back to my cell during another round and said "pack your shit rat, you going to the hole for being a snitch, don't come back out, this your only warning." Less than a hour Sgt. Stomp ordered me to "cuff up" to go to segregation at my cell.

7. While walking to the segregation unit Sgt. Stomp said "told you to mind your own business, a hard head makes a soft ass. Me, Rubley and our other staff are the most powerful gang in MDOC. This is what happens when you report one of us. We'll throw you in the hole for a bogus ticket and if you come out the hole we'll get somebody to hurt you. We run this prison Smith and we hate rats." I went to segregation.

8. I was reclassified to general population on March 10, 2020 guard Rubley confronted me when I entered the unit 5 block. He said "didn't Stomp and Welch tell you what would happen if you came out the hole." I said "I don't want no problems. I should not have reported anything I saw. I just want to serve my time. Rubley said "its to late for that Smith, this is not a game, you should have kept your mouth shut, we always win."

9. From March 10th to the 26th, 2020 I was harassed and threatened by Rubley, Welch and other staff in unit 5 block.

10. I reported the incidents and that inmate Phillip Lloyd reveal to me that Rubley and Welch paid inmate Hoskins to hurt me and about my fear of staff. I asked to be placed in protective custody or be moved out the unit. Blackman stated "we not moving you because of your issues with staff, you should have kept your mouth shut. Deal with the consequences, you did this to yourself."

11. On March 26, 2020 I was physically and sexually assaulted by inmate Hoskins in my cell. He told me that "Rubley and Welch sent him to fuck ▮▮▮▮ me up and to make me lock me, for being a rat." Bubble officer opened the cell door.

12. That same day the bubble officer opened my cell door again. Hoskins stated "They want me to finish the job" and assaulted me again in the hall while guards watched.

13. The guards eventually broke up the incident, while I was on the ground in the prone position handcuffed complying with the guards orders, I was punched in the face by guard Rubley and sexually violated. Then I was taken to segregation.

14. That day Sgt. Fox came to review a ticket with me in segregation. I reported all the incidents that occurred earlier that day. I also requested Sgt. Fox to bring me some grievances so I could formally report all the incidents.

15. Sgt. Fox told me "you better not write no fucking grievances or ▮▮▮ the same shit will happen to you or worst, we all stick together, while you are in segregation I'll make sure you don't get no grievances and you wont eat.

16. I was kept in unit 8 block from ▮▮ March 26th to the 30th, 2020 in temporary segregation. I asked several staff for grievance forms my request were ignored.

17. On March 30, 2020 I was reclassified to Administrative Segregation and sent to unit 1 block.

18. While in unit 1 block I continued to request grievance forms from the unit staff. From March 30, 2020 to about April 12, 2020. During those attempts I was told that grievances and other forms were not available due to the covid 19 pandemic, no supplies were coming in the facility.

19. I sent kites to Warden Macauley, Inspector Moyer, and the grievance coordinator requesting grievance forms to no avail.

20. During that time period I felt scared and anxiety about filing grievances. Out of the fear of the previous assaults, harassment, and threats I endured. I fear further retaliation with worst results to my physical and mental health.

The deponent further sayeth not.

Subscribed and sworn to before me _____
This 7th day of March

JOHN GIBSON
NOTARY PUBLIC, STATE OF MI
COUNTY OF HOUGHTON
MY COMMISSION EXPIRES Jul 23, 2028
ACTING IN COUNTY OF Baraga

Ikeie Smith #369273
Baraga Corr. Fac.
13924 Wadaga Rd.
Baraga, MI 49908