# APPENDIX B
# FORMAL COMPLAINT

# FORMAL COMPLAINT

Dated: Jan 3, 2020

1) I, Ikeie Smith pursuant to 28 USC § 1746(i) swear under penalty of perjury that the following is true, factual and complete to the best of my knowledge, information, belief and ability at this time putting forth in good faith.

2) I am currently housed as a MDOC inmate at Bellamy Creek Correctional Facility in 5 block unit. On Several Officers used excessive force punching and kicking a inmate while he was on the ground with handcuffs on. Officer Rubley punched he inmate while several other unnamed officer kicked and punched him as he screamed. I asked the officers to stop, I was told the same thing could happen to me. I fear retaliation, because I spoke up for the inmate. The incident happen on Jan 2, 2020 at about 1730hrs.

3) I am requesting a investigation of the incident and on all the officers involved. I only know one of the officer's name because he's a regular in the unit.

4) I have the right from freedom from retaliation and inmates should not be treated cruel and usuaual.

Thank for your time. Please contact me ASAP.

Ikeie Smith
Ikeie Smith
1727 Bluewater Hwy
Ionia, MI 48846
Bellamy Creek Corr. Fac.