APPENDIX C
PHILLIP Lloyd's AFFIDAVIT

STATE OF MICHIGAN )

) AFFIDAVIT

COUNTY OF IONIA )

Phillip Lloyd , being first duly sworn and says:

1. My name is Phillip Lloyd. #847328

2. On 3·25·2020 I was a inmate at Bellamy Creek Corr. Fac.

3. I was in housing Unit 5 block on B lower. cell 148.

4. At about 3:20 pm officer Rubley and officer Welch had a discussion with me and another inmate named "Joy Road" or Hoskins # 202527.

5. Rubley and Welch told us that we had to "fuck up" IKeie Smith #369273 and get him off the yard.

6. The officer said that they would pay for him to be hurt. They wanted him to suffer.

7. They told us he was a sex offender and that in January Mr. Smith caused a officer to be assaulted.

8. They said it had to happen that day.

9. Hoskins #202527 said he did not need me to help, he said he loved making sex offender suffer.

10. On 3·26·2020 I saw Hoskin go in Smith's cell. A few hours later Hoskins attacked Smith in the hallway. Officer Rubley punched Smith in the face right in front on me.

The deponent further sayeth not

_____
Phillip Lloyd #

Subscribed and sworn to before me

This 9th day of October 2020

C. Ritter   exp. 7/8/25