APPENDIX D

KITES SENT TO ADW BLACKMAN AND INSPECTOR MOYER ON FEB 14, 2020

ADW Blackmon,

I'm kiting you because I fear for my safety if I'm released to General Population officers Rubley & Welch are offering other inmates payment to stab me or cause me harm. I'm been told this by several inmates that have come from 5 block to the hole. Please interview Phillip Lloyd and Daniel Olar, they are willing to give you information, because Rubley and Welch have tried to pay them to hurt me. I'm not the first inmate these staff have made payments to be hurt. This is not new to administration. Please help me. Don't send me back to 5 block.

Ikeie Smith #369273  Feb 14, 2020
1 block cell 241

Inspector Lopez,

I've already reported this to you verbally. I fear for my safety if I'm released to General Population. Rubley and Welch are offering to pay inmates to stab or seriously hurt me, because I reported officers excessive force on a inmate. I've been told not to come back out to general population by staff. Several inmates that came from 5 block to the hole confirmed that Rubley and Welch have a hit out on me. Phillip Lloyd & Daniel Olar are two of those inmates. Both of them are on the same wing as me and the officers offered to pay them to hurt me if I come back to general population. Please interview those inmates. Don't send me back to 5 block I will be hurt.

Ikeie Smith #369273  Feb 14, 2020
1 block cell 241