APPENDIX E
DANIEL OLAR'S
AFFIDAVIT

STATE OF MICHIGAN )
                  ) AFFIDAVIT
COUNTY OF IONIA   )

Daniel Olar, being first duly sworn and says:

1. My name is Daniel Olar #484342
2. On the date of 01·04·2020 I was a inmate at Bellamy Creek Correctional Facility, in unit 5 block.
3. At that time I was employed as a kitchen worker, inside unit 5 block. Officer Rubley was working.
4. In unit 5 block we did not leave the unit to eat. I worked the food line serving food to inmates.
5. On 01·04·2020 while I was cleaning up, officer was telling me and other workers that he needed a favor and he was willing to pay.
6. He said he needed somebody to hurt Smith #369475
7. I asked him how much he was paying.
8. Officer said one hundred dollars and a tv.
9. Officer Rubley also said that Smith had to be hurt if he returned to general population from Segregation.
10. I told Officer Rubley I'd let him know then.

The deponent further sayeth not
subscribed and sworn to before me
This 6 day of october 2020
C. Ritt
exp. 7/8/25
acting in Ionia

Daniel Olar 10-6-20
Daniel Olar #484342