APPENDIX F
KITES SENT TO ADW
BLACKMAN AND INSPECTOR
MOYER ON JAN 2, 2020

Inspector Moyer,

This kite is concerning an incident that occurred on Jan 2, 2020 on second shift in 5 block on A wing base between 5:30pm and 6:00pm. Officer Rubley and several other officers used unnecessary excessive force on an inmate while he was handcuffed and not resisting. I asked the officers to stop and was threatened by officer Rubley. I fear retaliation. I am filing a formal complaint with the Director's office in Lansing. Please review the video footage of the incident.

Thanks for your time

Smith #369273
5 block cell 233
Jan 2, 2020

ADW Blackmen,

This kite is concerning an incident that occurred on Jan 2, 2020 on second shift in 5 block on A wing base between 5:30pm and 6:00pm. Officer Rubley and several other officers used unnecessary force on an inmate while he was handcuffed and not resisting. I asked the officers to stop and was threatened by officer Rubley, I fear retaliation. I am filing a formal complaint with the Directors office in Lansing. Please review the video footage of the incident.

    Thanks for your time.

Smith #369273
5 block cell 233
Jan 2, 2020