UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IKEIE SMITH
    Plaintiff,

V

RAY RUBLEY
BRANDON WELCH
(unknown) BLACKMAN
(unknown) JOHN/JANE DOE
(unknown) MOYER
(unknown) STOMP

SUMMONS
Case No.

To above Defendants named,

    You are hereby summoned and required to serve upon the plaintiff, whose address is 13924 Wadaga Rd, Baraga, Mi 49908 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the days of service, or 60 days if the U.S. Government of officer/agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court
Date: