Appendix A



**STATE OF MICHIGAN**
**DEPARTMENT OF CORRECTIONS**
LANSING

RICK SNYDER
GOVERNOR

DANIEL H. HEYNS
DIRECTOR

**DIRECTOR'S OFFICE MEMORANDUM 2015-23**        **EFFECTIVE:** January 1, 2015

**DATE:**     December 23, 2014

**TO:**     Executive Policy Team
            Administrative Management Team
            Wardens

**FROM:**     Daniel H. Heyns, Director

**SUBJECT:**     PD 05.03.115 Law Libraries

**SUPERSEDES DOM 2014-29 (effective 1/1/14) and DOM 2014-31 (effective 6/27/14)**

The Department has implemented a system by which most general population prisoners will conduct legal research electronically through an Electronic Law Library (ELL) system. Segregation prisoners and general population prisoners who do not currently have direct access to a law library will be provided copies of legal research materials in accordance with current policy guidelines. A contract has been awarded to LexisNexis (effective 11/4/13) to provide this service in addition to select "hard copy" publications. The ELL allows connection to the LexisNexis website ONLY. All other internet access is restricted.

The "hard copy" law library collections currently required in Attachments A and B of PD 05.03.115 will be retained during implementation of the ELL. The CFA Deputy Director or designee will instruct Wardens when designated publications in the "hard copy" collection may be removed from the law library collection. Effective January 1, 2015, however, the "hard copy" collection is not to be updated except for those publications received from LexisNexis that are provided under the ELL contract. In addition, publications that are lost, defaced, stolen, or destroyed are to be replaced only as approved by the Office of Legal Affairs. The Department will instead rely on the ELL to meet this need. A notice will be provided that is to be posted in each law library advising prisoners that the "hard copy" collection may not be current and that they need to use the ELL for research purposes.

Since the minimum law library access set forth in PD 05.03.115 is based on the time needed to conduct legal research using only "hard copy" publications, the minimum law library access requirements can now be reduced. **Effective immediately, prisoners shall be provided a minimum of four hours a week in the law library, in sessions of at least one hour.** Law library time includes ELL use, "hard copy" research, or a combination of both. These are minimum requirements and, if resources permit, prisoners may be approved to use the law library for more than one hour. Additional time also shall be provided as set forth in

GRANDVIEW PLAZA BUILDING • P.O. BOX 30003 • LANSING, MICHIGAN 48909
www.michigan.gov • (517) 335-1426

---

2015-23
PAGE 2

Paragraph O of PD 05.03.115 Law libraries shall continue to be open a minimum of 25 hours per week, with at least 12 of those hours being after 5:00 p.m. or on weekends.

Prisoners using Department computers designated for use with the ELL are <u>not</u> subject to the pre-approval requirements or the direct and continuous observation standard as outlined in PD 01.04.105 "Use of Department Computer Equipment, Software, and Services". In addition, the requirements identified in OP 01.04.105B "Offender Access and Use of Computers" are not applicable to prisoner use of the ELL computers. However, supervision of prisoners while in the Law Library must be provided consistent with current operating procedure requirements. Any specific approvals, limitations, or restrictions on ELL use will be identified by the CFA Deputy Director or designee.

1/14/15 - Notice to Prisoners