Appendix B

# MICHIGAN DEPARTMENT OF CORRECTIONS

*"Committed to Protect, Dedicated to Success"*

## MEMORANDUM

**DATE:** April 13, 2022

**TO:** Bryant    337291    1-103

**FROM:** Librarian Kemp

**SUBJECT:** Law Library

I am in receipt of your photocopy request dated 4/11/22.

You are not entitled to copies of internal documents, except through the discovery process.

It appears you are seeking documentation showing that prisoners housed in segregation are not eligible to receive ELL printouts for delivery. Please find clarification below.

Please find attached a CSJ-601 to request PD 05.03.115 Law Libraries and PD 05.03.116 Prisoners' Access to the Courts. These two policies specify the library legal materials and services available to you in segregation.

We no longer have compiled law and caselaw available in print; they are available only on the ELL. If you want printouts, you must pay for them. I am not authorized to provide free copies to you. If you need a page count for a particular ELL citation, please kite and I will look it up for you.

You are entitled to legal writer assistance with nonfrivolous matters related to criminal convictions and conditions of confinement. The State funds the program so that you have access to the courts. As you are housed in segregation and cannot attend law library, you automatically qualify for services. The legal writer is currently assisting you with a Motion to Correct Record.

Please let me know if you have any other questions or concerns.