# APPENDIX C

# Legal Writer Program

## CLIENT MEMORANDUM

**DATE:** December 28, 2023

**NAME:** Smith        **NUMBER:** 369273        **LOCK:** 2-139 2.134

**FROM:** AMF Legal Writer

**RE:** Legal Writer Services

The legal writer program is provided to assist qualified inmates with getting their legal documents into the court, and meeting deadlines which are set by the court. ***The program is not a typing service, or an "on demand" legal advice source for you to take advantage of when the need for convenience arises.***

<u>However, any pleadings drafted while in segregation will be completed and delivered. Also, if a prisoner has counsel already appointed, then legal writer services will be limited to conveying concerns to counsel by letter. A legal writer is not permitted to intervene in any relationship with counsel, and is prohibited from impeding counsel's assistance to a prisoner.</u>

Please send all relevant legal documents when asked of you. Here are some examples:

* **Any Briefs or Motions that were filed on your behalf**.
* **Copy of your transcripts.**
* **Any court decisions rendered in your case.**
* **Letters wrote to and received from your attorneys.**

Without these documents, the legal writer cannot properly assist you. Moreover, if ***you fail*** to send them, ***you*** will only be delaying ***your own*** opportunities to obtain relief. A legal writer will correspond with you to discuss your situation and explain the options available to you.

The legal writers program is to afford you access to the courts and is not meant to research individual cases to determine what issues should or should not be raised. ***This is your responsibility.*** You must advise us as to what issues you want raised and then we will prepare the pleadings.

LW GARCIA

**THIS PAGE YOURS TO KEEP FOR YOUR INFORMATION!!**

# Legal Writer Services

Your request for assistance has been received. Legal Writer services are available to help you. Please complete the following steps:

1. **<u>State exactly</u>** what it is that you require assistance with. Please note that we are contractually prohibited from preparing pleadings that are procedurally barred in any fashion.

2. **<u>Gather</u>** your research *and* all pertinent legal materials together and **send to library through you ARUS.**

**A legal writer will be assigned to assist you if your assistance request meets the requirements of the legal writer program.**

The legal writer program is provided to assist qualified inmates with getting their legal documents into the court, and meeting deadlines which are set by the court. The program *is not a typing service*, or an "*on demand*" legal advice source for you to take advantage of when the need for convenience arises.

## NOT MEANT TO RESEARCH INDIVIDUAL CASES

The legal writers program is to afford you access to the courts and is not meant to research individual cases to determine what issues should or should not be raised. This is your responsibility. You must advise us as to what issues you want raised and then we will prepare the pleadings for you based on *<u>your research</u>*.

Keep in mind that no one is forcing you to ask for assistance from the legal writer program or forcing you to submit anything the legal writer program prepares for you. You have every right to submit your own documents to the courts, if you believe what is prepared by the program is not up to your standards. That's all your choice. The legal writer program is a voluntary program and if you do not like how the documents are prepared, you are more than welcomed to submit your own pleadings to the courts. The court accepts handwritten documents. **Everything has to be approved by the Attorneys who run this program.**

**LW GARCIA**

**THIS PAGE YOURS TO KEEP FOR YOUR INFORMATION!!**