# APPENDIX D

# MICHIGAN DEPARTMENT OF CORRECTIONS
## LEGAL PHOTOCOPY DISBURSEMENT AUTHORIZATION

CSJ-602
REV. 1/08
4835-3602

Please PRINT clearly. Illegible and/or incomplete forms will not be processed.

**Filing Deadline Date:** 
**Lock:** 2-134
**Facility:** AMF

**Prisoner Number:** 369273
**Prisoner Name (Print Clearly):** Smith

[X] New Case   [ ] Case Number _____   [ ] Court _____   [X] Legal Research

| Item(s) to be Photocopied | No. Pages | No. of Copies to be Made | $.10 per copy (2-sided copies will be $0.20) Subtotal | Is the complaint or other document for which these copies are required attached? If yes, please Identify. If no, cite court rule or attach explanation |
|---|---|---|---|---|
| 1. 647 F2d 642 (1981) | 3 | 1 | .30 | [ ] Yes [X] No  Lexis |
| 2. 85 mich App 527 (1978) | 3 | 1 | .10 | [ ] Yes [X] No  Lexis |
| 3. | | | | [ ] Yes [ ] No |
| 4. | | | | [ ] Yes [ ] No |
| 5. | | | | [ ] Yes [ ] No |
| 6. | | | | [ ] Yes [ ] No |
| 7. | | | | [ ] Yes [ ] No |
| 8. | | | | [ ] Yes [ ] No |

**Prisoner Signature:** Ilkeie Smith
**Date Submitted:** July 29, 2024

**Received By (Print Name & Title):** L. Wilson, PC
**Date Received:** 7/31/24

[ ] Photocopies Authorized    [ ] Photocopies Denied

**Staff Signature:** RK
**Date Processed:** 08/02/2024

### Authorization Denied Because:

[ ] Inadequate funds, and does not qualify for a legal photocopy loan.

[ ] The following additional information is needed to process this request:
Please put 4 pages on 1 page.

[ ] Other: _____

---

Only Business Office Staff Are to Write in the Section Below

| Obligation Amount | Actual Expense |
|---|---|
| | .40 |
| | |

.40

**Date Posted:** 8-8-24

**Processed By (Print Name & Title):** McCarthy AA
**Signature:** _____

**DISTRIBUTION:** [ ] Prisoner Accounting   [ ] Prisoner   [ ] Copy Center   [ ] Prisoner

Mrs. Kemp,

I'm writing you regarding the law library material being provided to me while in segregation. I understand that the minimum requirements for legal materials are met by PD 05.03.115 Attachment A. The keys are minimum requirements. So the law library can send more materials at your discretion. I'm asking you to send me case law over here in seg. I promise to return any case law you send me. I don't intend to keep them. If I don't return them we can stop sending them. You can print 2 pages on 1. I'm requesting this because I've sent over 250.00 in the last year and a half printing out case laws and searches for case law. Most times I'm printing materials I don't need. I know people in GP get case law print out and delivered for free. I'm requesting the same please. I won't inform other inmates I'm getting case law from the law library. I know my request can be met under your discretion. Thanks for your assistance

Ikeie Smith #369273   (over)
2 block cell 134

JAN 1 2 2024

1 of 2

Kite to Librarian Kemp

Sorry, I am not provided a budget or staff for making printouts for seg. You have access to a legal writer and I do make all law library print materials available to the seg units.

Kite to Librarian Kemp

Kite to Librarian Kemp

Sorry, I am not provided a budget or staff for making printouts for seg. You have access to a legal writer and I do make all law library print materials available to the seg units.

2 of 2

Kite to Librarian Kemp

Mrs. Kemp,

I'm writing you regarding the law library material being provided to me while in segregation. I understand that the minimum requirements for legal materials are met by PD 05.03.115 Attachment A. The keys are minimum requirements so the law library can send more materials at your discretion. I'm asking you to send me case law over here in seg. I promise to return any case law you send me. I don't intend to keep them. If I don't return them we can stop sending them. You can print 2 pages on 1. I'm requesting this because I've sent over 250.00 in the last year and a half printing out case laws and searches for case law. Most times I'm printing materials I don't need. I know people in GP get case law print out and delivered for free. I'm requesting the same please. I won't inform other inmates I'm getting case law from the law library. I know my request can be met under your discretion. Thanks for your assistance

Ikeie Smith #369273                    (over)
2 block cell 134            JAN 1 2 2024