U.S. Western District Court
Clerk of the Court
Re: Smith v Rubley et al
case no. 1:22-cv-925

Dear Clerk,

Enclosed please find enclosed for filling the following documents:

[✓] Motion for Extention of Time for Reply to Defendants Motion for summary judgment.

[✓] Motion to hold MDOC in Comtempt.

I am indigent please send me stamped copies of these motions once they have been filed and a updated copy of the civil docket sheet.

Thanks for your assistance

FILED - GR
September 16, 2024 1:23 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB 9-16

Ikeie Smith #369773
Baraga Corr. Fac.
13924 Wadaga Rd.
Baraga, Mi 49908



U.S. District Court
Clerk of the Court
399 federal building
Grand Rapids, Michigan 49503