

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 202 W. Washington St. |
| --- | --- | --- | --- |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | P.O. Box 698 |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

September 16, 2024

Ikeie Smith #369273
Baraga (MSP)
13924 Wadaga Rd.
Baraga, MI 49908-9204

Re: RESPONSE FROM CLERK – Case No. 1:22-cv-925

Dear Mr. Smith:

The Clerk's Office received your letter on September 16, 2024, requesting copies of the following document(s).  Copies requested through the Clerk's Office are 50 cents a page. **Advance payment is required.**  You may pay by cash, credit card, check or money order (made payable to the U.S. District Court Clerk). We have included a cop of your docket sheet for your records.

| Document # | Document Name | # of Pages | x $.50 per page | Subtotal |
| --- | --- | --- | --- | --- |
| 82 | Motion for Ext of time | 4 | | 2.00 |
| 83 | Motion to hold in contempt | 23 | | 11.50 |
| | | | | 0.00 |
| | | | **TOTAL AMOUNT DUE:** | $ 13.50 |

Upon receipt of your payment, the Clerk's Office will provide you with copies of the requested document(s).  **Please enclose this response with your payment.**

Sincerely,

CLERK OF COURT

/s/ M. Garcia

By: Deputy Clerk

Public Access to Court Electronic Records (PACER) is an electronic public access service that allows customers to obtain case information from federal courts. Access to court documents currently costs $0.10 per page via the Internet. Visit www.pacer.gov for more information.