UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IKEIE SMITH,

    Plaintiff,                                    Hon. Paul L. Maloney

v.                                                   Case No. 1:22-cv-00925

RAY RUBLEY, et al.,

    Defendants,
_____/

**ORDER REGARDING STATUS CONFERENCE
AND/OR SCHEDULING CONFERENCE**

The parties will appear before Magistrate Judge Phillip J. Green for a scheduling conference on **February 26, 2025, at 11:00 a.m.** The conference will take place via zoom and a separate filing will be issued with the video link.

The purpose of the scheduling conference is to discuss the status of the case and to explore methods of expediting the disposition of the action by: establishing early and ongoing case management; discouraging wasteful pretrial activities; establishing limits on discovery; facilitating the settlement of a case; and improving the quality of the trial through thorough preparation.

At least seven days before the Rule 16 conference, counsel (or unrepresented parties) shall meet to discuss the following: the nature and basis of the parties' claims and defenses, the possibilities for a prompt settlement or resolution of the case, the formulation of a discovery plan, and the other topics listed below. Plaintiff shall be

responsible for scheduling the meeting, which may be conducted in person or by telephone. After the meeting, the parties shall prepare a joint status report which must be e-filed at least **three (3) business days prior to the conference.** The joint status report shall outline the deadline for discovery, the filing of dispositive motions and what form of ADR the parties would like to engage in, if any.

The Parties shall be prepared to discuss the nature and basis of the parties' claims and defenses; the possibilities for a prompt settlement or resolution of the case; and the formulation of a discovery plan. The Court will issue a Case Management Order following the hearing.

**IT IS SO ORDERED.**


Date: February 3, 2025  /s/Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge