UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IKEIE SMITH #369273,

    Plaintiff,

v

RAY RUBLEY, LLOYD BLACKMAN,
LIZA MOYER, GARY STUMP, and
BRANDON WELCH,

    Defendants.

NO. 1:22-cv-925

HON. PAUL L. MALONEY

MAG. JUDGE PHILLIP J. GREEN

| | |
|---|---|
| Joshua Goodrich, J.D., LL.M. (P83197) | Adam P. Sadowski (P73864) |
| Attorney for the Plaintiff | Assistant Attorney General |
| Lighthouse Litigation PLLC | Attorney for Defendants |
| 5208 W Saginaw Hwy., 81142 | Michigan Dept. of Attorney General |
| Lansing, MI 48917 | Corrections Division |
| Phone (269) 312-7435 | P.O. Box 30217 |
| Fax (646) 356-7044 | Lansing, MI 48909 |
| jsgoodrich@lighthouse-litigation.com | (517) 335-3055 |
| | Sadowskia1@michigan.gov |

**STIPULATED ORDER ADJOURNING JULY 15, 2025, TRIAL DATE**

The parties, through counsel, stipulate and agree to the following:

    1.    Defendant Brandon Welch is on active duty with the U.S. Army as a Staff Sergeant (SSG).  Defendant Welch has accepted a promotion to become a recruiting and retention non-commissioned officer in Kingsford, Michigan. SSG Welch recently moved from lower Michigan to Iron Mountain, Michigan to begin this new position.  As a part of this position, he is required to undergo training courses before he can officially receive the promotion.  A mandatory training course is scheduled to begin the week of this trial.  SSG Welch attempted to work with the course manager to permit him to make up the work virtually to be able to attend

trial.  However, this is not able to be accommodated, and the course is only offered irregularly and no other course is scheduled to be available.  Without the course, Sgt. Welch cannot be promoted to the position that he just moved across the state to accommodate.

    2.    Defense counsel has inquired with the remaining Defendants, and it appears that all parties could be present for a trial beginning on August 11, 2025 through September 8, 2025.  And then, if that is not possible, any week in October 2025 could be accommodated or as soon thereafter as the Court deems necessary.  Plaintiff's counsel would prefer the earlier date of August 11, 2025.  Defendants have no preference and appreciate any accommodation that can be given.

This matter having come before the Court on the parties' stipulation, the Court being fully apprised in the premises,

**IT IS HEREBY ORDERED** as follows:

    1.    There is good cause to move the July 15, 2025, trial date in this case.  The July 15, 2025, trial date is hereby **ADJOURNED**.  The Court will issue a subsequent Order on rescheduling the trial date.

    **IT IS SO ORDERED.**

Dated: _____                _____
                                                           HON. PAUL L. MALONEY
                                                           U.S. District Judge, W.D. Mich.

The undersigned parties agree and stipulate to entry of the above Stipulated Order.

Date: April 3, 2025  /s/Joshua S. Goodrich (w/consent)
Joshua S. Goodrich (P83197)
Counsel for Plaintiff

Date: April 3, 2025  /s/ Adam P. Sadowski
Adam P. Sadowski (P73864)
Counsel for Defendants