UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IKEIE SMITH #369273,

    Plaintiff,

v.

RAY RUBLEY, et al.,

    Defendants.
_____/

Case No. 1:22-cv-925

HONORABLE PAUL L. MALONEY

## ORDER APPROVING STIPULATION TO ADJOURN TRIAL

Pending before the Court is a stipulation between the parties to adjourn the July 15, 2025 trial date (ECF No. 107). Upon due consideration of the stipulation by the Court,

**IT IS HEREBY ORDERED** that the stipulation to adjourn trial (ECF No. 107) is APPROVED for the reasons stated in the stipulation.

**IT IS FURTHER ORDERED** that the jury trial is rescheduled to **August 12, 2025, at 8:45 a.m.**, 174 Federal Building, Kalamazoo, MI.  All other hearings and filing deadlines remain as previously established by the trial case management order (ECF No. 105).

Dated:  April 4, 2025

  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge