UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:22-cv-00925-PLM | 5/29/2025 | 10:38 AM – 11:29 AM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Smith #369273 v. Rubley et al |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Joshua Scott Goodrich | Plaintiff |
| Adam Paul Sadowski<br><br>Sara Elizabeth Trudgeon<br><br>Kristin Southerland | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:**

Settlement Conference held via Zoom; Case did not settle.

Proceedings  Digitally Recorded
Deputy Clerk: J. Wright