UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IKEIE SMITH #369273, | NO. 1:22-cv-925 |
| Plaintiff, | |
| v | HON. PAUL L. MALONEY |
| RAY RUBLEY, LLOYD BLACKMAN, LIZA MOYER, GARY STUMP, and BRANDON WELCH, | MAG. JUDGE PHILLIP J. GREEN |
| Defendants. | |

| | |
|---|---|
| Joshua S. Goodrich  (P83197) | Adam P. Sadowski (P73864) |
| Attorney for Plaintiff | Sara E. Trudgeon (P82155) |
| Lighthouse Litigation PLLC | Assistant Attorneys General |
| 5208 W Saginaw Hwy, #81142 | Attorney for MDOC Defendants |
| Lansing, MI 48917-1913 | Michigan Dept. of Attorney General |
| (269) 312-7435 | Corrections Division |
| jsgoodrich@lighthouse-litigation.com | P.O. Box 30217 |
| | Lansing, MI  48909 |
| | (517) 335-3055 |
| | Sadowskia1@michigan.gov |

**DEFENDANT RUBLEY'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF DISMISSED CRIMINAL CHARGES AND TERMINATION**

Defendant Ray Rubley, through the undersigned counsel, brings this motion in limine to preclude introduction of evidence of dismissed criminal charges against him and his currently disputed termination with MDOC based on the grounds set forth in the accompanying brief.

Counsel for Defendants spoke with Plaintiff's via email on June 6, 2025 and June 9, 2025, regarding this motion and he indicated that he will be filing an opposition brief and does not concur in the requested relief.

        Respectfully submitted,

        */s/Adam P. Sadowski*
        Adam P. Sadowski (P73864)
        Assistant Attorney General
        Attorney for MDOC Defendants
        Corrections Division
        P.O. Box 30217
        Lansing, MI  48909
        (517) 335-3055
        Sadowskia1@michigan.gov

Date:  June 9, 2025

## CERTIFICATE OF SERVICE

    I hereby certify that on June 9, 2025, I electronically filed the above document with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

        */s/Adam P. Sadowski*
        Adam P. Sadowski (P73864)
        Assistant Attorney General
        Attorney for MDOC Defendants