UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IKEIE SMITH #369273, | NO. 1:22-cv-925 |
| Plaintiff, | |
| v | HON. PAUL L. MALONEY |
| RAY RUBLEY, LLOYD BLACKMAN, LIZA MOYER, GARY STUMP, and BRANDON WELCH, | MAG. JUDGE PHILLIP J. GREEN |
| Defendants. | |

Joshua S. Goodrich  (P83197)
Attorney for Plaintiff
Lighthouse Litigation PLLC
5208 W Saginaw Hwy, #81142
Lansing, MI 48917-1913
(269) 312-7435
jsgoodrich@lighthouse-litigation.com

Adam P. Sadowski (P73864)
Sara E. Trudgeon (P82155)
Assistant Attorney General
Attorney for MDOC Defendants
Michigan Dept. of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-3055
Sadowskia1@michigan.gov

/

**MDOC DEFENDANTS' MOTION IN LIMINE TO PRECLUDE EVIDENCE BY THE PLAINTIFF REGARDING ISSUES ALREADY DECIDED IN MISCONDUCT HEARINGS**

MDOC Defendants, through the undersigned counsel, bring this motion in limine to preclude introduction of evidence on issues already decided in his misconduct hearings based on the grounds set forth in the accompanying brief.

Counsel for Defendants spoke with Plaintiff's via email on June 6, 2025 and June 9, 2025, regarding this motion and he indicated that he will be filing an opposition brief and does not concur in the requested relief.

Respectfully submitted,

*/s/Adam P. Sadowski*
Adam P. Sadowski (P73864)
Assistant Attorney General
Attorney for MDOC Defendants
Corrections Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-3055
Sadowskia1@michigan.gov

Date:  June 9, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025, I electronically filed the above document with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*/s/Adam P. Sadowski*
Adam P. Sadowski (P73864)
Assistant Attorney General
Attorney for MDOC Defendants