UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IKEIE SMITH #369273,

    Plaintiff,

v

RAY RUBLEY, LLOYD BLACKMAN, LIZA MOYER, GARY STUMP, and BRANDON WELCH,

    Defendants.

NO. 1:22-cv-925

HON. PAUL L. MALONEY

MAG. JUDGE PHILLIP J. GREEN

_____

Joshua S. Goodrich  (P83197)
Attorney for Plaintiff
Lighthouse Litigation PLLC
5208 W Saginaw Hwy, #81142
Lansing, MI 48917-1913
(269) 312-7435
jsgoodrich@lighthouse-litigation.com

Adam P. Sadowski (P73864)
Sara E. Trudgeon (P82155)
Assistant Attorney General
Attorney for MDOC Defendants
Michigan Dept. of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-3055
Sadowskia1@michigan.gov
_____/

**INDEX OF EXHBIITS TO MDOC DEFENDANTS' MOTION IN LIMINE TO PRECLUDE EVIDENCE BY THE PLAINTIFF REGARDING ISSUES ALREADY DECIDED IN MISCONDUCT HEARINGS**

| Exhibit | Description |
| --- | --- |
| A | Smith Misconduct summary |
| B | January 2, 2020 Hearing Report |
| C | March 26 Hearing Report |