# DEFENDANTS' EXHIBIT A

# Michigan Department of Corrections
## Offender Management System
# Misconduct Summary Report

| Offender Num: 369273 | | Offender Name: SMITH, IKEIE | | | Location: ICF | | |
|---|---|---|---|---|---|---|---|
| MCR No. | Violation Date/Time | Misconduct Charge Code | Verdict/ Finding | Reduced/ Elevated | Hearing Date | Hearing Location | Hearing Officer |
| 102 | 05/03/2025/23:11 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 5/21/2025 | ICF | 059 |
| 100 | 01/21/2025/12:45 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 2/11/2025 | ICF | 083 |
| 99 | 10/19/2024/06:00 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 10/31/2024 | AMF | 040 |
| 98 | 10/11/2024/15:07 | 012 - Threatening Behavior | Guilty | Neither | 10/17/2024 | AMF | 040 |
| 97 | 08/21/2024/07:09 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 9/5/2024 | AMF | 040 |
| 96 | 06/23/2024/08:29 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 7/11/2024 | AMF | 040 |
| 95 | 03/17/2024/22:08 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 4/4/2024 | AMF | 040 |
| 94 | 03/17/2024/08:30 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 3/25/2024 | AMF | 040 |
| 92 | 02/09/2024/18:45 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 3/4/2024 | AMF | 040 |
| 91 | 12/22/2023/00:26 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 1/18/2024 | AMF | 040 |
| 90 | 12/07/2023/00:28 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 12/28/2023 | AMF | 040 |
| 89 | 11/26/2023/09:28 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 12/14/2023 | AMF | 040 |
| 88 | 11/20/2023/10:25 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 12/11/2023 | AMF | 040 |
| 87 | 11/07/2023/08:50 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 11/16/2023 | AMF | 040 |
| 86 | 10/19/2023/09:53 | 012 - Threatening Behavior | Guilty | Neither | 10/30/2023 | AMF | 040 |
| 85 | 10/07/2023/07:55 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 10/23/2023 | AMF | 040 |
| 84 | 09/20/2023/22:25 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 9/25/2023 | AMF | 040 |
| 83 | 07/01/2023/08:30 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 7/17/2023 | AMF | 040 |
| 82 | 06/22/2023/09:58 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 7/3/2023 | AMF | 040 |
| 81 | 06/01/2023/08:06 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 6/20/2023 | AMF | 040 |
| 80 | 05/24/2023/13:53 | 426 - INSOLENCE | Guilty | Neither | 5/25/2023 | AMF | 099 |
| 79 | 04/15/2023/06:50 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 4/20/2023 | AMF | 040 |
| 78 | 04/15/2023/05:40 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 4/20/2023 | AMF | 040 |
| 77 | 04/15/2023/00:57 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 4/20/2023 | AMF | 040 |
| 76 | 12/08/2022/04:20 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 12/15/2022 | AMF | 040 |
| 75 | 11/19/2022/07:50 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 11/23/2022 | AMF | 072 |
| 74 | 11/18/2022/08:20 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 11/23/2022 | AMF | 072 |
| 73 | 10/28/2022/22:00 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 11/1/2022 | AMF | 040 |
| 72 | 10/27/2022/07:25 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 11/1/2022 | AMF | 040 |
| 71 | 10/04/2022/02:14 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 10/10/2022 | AMF | 040 |
| 70 | 10/01/2022/00:09 | 012 - Threatening Behavior | Guilty | Neither | 10/10/2022 | AMF | 040 |

Offender Num: 369273

| MCR No. | Violation Date/Time | Misconduct Charge Code | Verdict/ Finding | Reduced/ Elevated | Hearing Date | Hearing Location | Hearing Officer |
|---|---|---|---|---|---|---|---|
| 70 | 10/01/2022/00:09 | 427 - DESTRUCTION/MISUSE PROPERTY | Guilty | Neither | 10/10/2022 | AMF | 040 |
| 69 | 09/26/2022/04:45 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 10/3/2022 | AMF | 040 |
| 68 | 09/26/2022/03:55 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 10/3/2022 | AMF | 040 |
| 67 | 09/26/2022/02:40 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 10/3/2022 | AMF | 040 |
| 66 | 09/17/2022/11:45 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 9/26/2022 | AMF | 040 |
| 65 | 08/17/2022/22:06 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 9/1/2022 | AMF | 040 |
| 64 | 08/04/2022/16:24 | 012 - Threatening Behavior | Guilty | Neither | 9/1/2022 | AMF | 040 |
| 63 | 08/02/2022/16:39 | 426 - INSOLENCE | Guilty | Neither | 8/9/2022 | AMF | 099 |
| 62 | 07/31/2022/10:21 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 8/5/2022 | AMF | 040 |
| 61 | 07/14/2022/00:03 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 7/25/2022 | AMF | 040 |
| 60 | 07/10/2022/15:15 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 7/25/2022 | AMF | 040 |
| 59 | 07/06/2022/21:42 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 7/25/2022 | AMF | 040 |
|  |  | 420 - DISOBEYING A DIRECT ORDER | Guilty | Neither |  |  |  |
| 58 | 07/14/2022/16:43 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 7/25/2022 | AMF | 040 |
| 57 | 07/06/2022/22:30 | 427 - DESTRUCTION/MISUSE PROPERTY | Guilty | Neither | 7/12/2022 | AMF | 099 |
| 56 | 06/28/2022/20:15 | 012 - Threatening Behavior | Guilty | Neither | 7/7/2022 | AMF | 040 |
| 54 | 06/28/2022/19:50 | 420 - DISOBEYING A DIRECT ORDER | Guilty | Neither | 7/6/2022 | AMF | 099 |
| 53 | 06/27/2022/21:05 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 6/30/2022 | AMF | 040 |
| 52 | 06/26/2022/22:25 | 012 - Threatening Behavior | Guilty | Neither | 6/30/2022 | AMF | 040 |
|  |  | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither |  |  |  |
| 51 | 06/26/2022/15:50 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 6/30/2022 | AMF | 040 |
| 50 | 06/18/2022/11:31 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 6/30/2022 | AMF | 040 |
| 49 | 06/05/2022/12:28 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 6/16/2022 | AMF | 040 |
| 48 | 06/08/2022/19:05 | 427 - DESTRUCTION/MISUSE PROPERTY | Guilty | Neither | 6/14/2022 | AMF | 099 |
| 47 | 05/17/2022/00:53 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 5/23/2022 | AMF | 040 |
| 46 | 05/11/2022/12:52 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 5/19/2022 | AMF | 040 |
| 45 | 05/08/2022/05:35 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 5/12/2022 | AMF | 040 |
| 44 | 05/08/2022/04:45 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 5/12/2022 | AMF | 040 |
| 43 | 05/08/2022/00:28 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 5/12/2022 | AMF | 040 |
| 42 | 04/29/2022/21:33 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 5/5/2022 | AMF | 040 |
| 41 | 02/28/2022/07:00 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 3/7/2022 | SLF | 074 |
| 40 | 01/31/2022/19:00 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 2/4/2022 | SLF | 072 |
| 39 | 01/15/2022/19:34 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 2/3/2022 | SLF | 040 |
| 38 | 12/30/2021/07:40 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 1/7/2022 | SLF | 074 |
| 37 | 12/19/2021/07:55 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 12/27/2021 | SLF | 074 |
| 36 | 09/09/2021/08:39 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 9/29/2021 | SLF | 074 |
| 35 | 09/21/2021/19:45 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 10/7/2021 | SLF | 071 |
| 34 | 09/03/2021/07:50 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 9/7/2021 | RMI | 053 |

Offender Num: 369273

| MCR No. | Violation Date/Time | Misconduct Charge Code | Verdict/ Finding | Reduced/ Elevated | Hearing Date | Hearing Location | Hearing Officer |
|---|---|---|---|---|---|---|---|
| 33 | 08/19/2021/19:25 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 8/31/2021 | RMI | 053 |
| 32 | 08/18/2021/14:47 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 8/24/2021 | RMI | 053 |
| 31 | 08/18/2021/11:00 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 8/24/2021 | RMI | 053 |
| 29 | 07/29/2021/00:59 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 7/29/2021 | RMI | 053 |
| 28 | 07/28/2021/22:27 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 8/3/2021 | RMI | 053 |
| 27 | 07/20/2021/19:29 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 7/27/2021 | RMI | 053 |
| 26 | 07/21/2021/18:35 | 423 - INTERFERENCE WITH THE ADMIN OF RULES | Guilty | Neither | 7/22/2021 | RMI | 099 |
|  |  | 436 - OUT OF PLACE | Guilty | Neither |  |  |  |
| 25 | 06/22/2021/20:07 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 6/28/2021 | IBC | 053 |
| 24 | 06/11/2021/08:10 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 6/21/2021 | IBC | 053 |
| 22 | 06/02/2021/07:48 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 6/11/2021 | IBC | 053 |
| 20 | 12/20/2020/22:15 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 12/28/2020 | IBC | 053 |
| 19 | 12/20/2020/00:04 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 12/28/2020 | IBC | 053 |
| 18 | 12/17/2020/15:00 | 020 - Disobeying A Direct Order (DDO) | Guilty | Elevated | 12/28/2020 | IBC | 053 |
| 17 | 12/01/2020/08:25 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 12/21/2020 | IBC | 053 |
| 16 | 08/05/2020/15:22 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 8/14/2020 | IBC | 053 |
| 15 | 07/15/2020/23:57 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 7/22/2020 | IBC | 053 |
| 14 | 03/26/2020/18:50 | 014 - Fighting | Guilty | Neither | 3/30/2020 | IBC | 053 |
| 13 | 03/19/2020/01:50 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 3/25/2020 | IBC | 053 |
| 12 | 03/19/2020/01:20 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 3/25/2020 | IBC | 053 |
| 11 | 01/02/2020/18:28 | 017 - Failure To Disperse | Guilty | Neither | 1/10/2020 | IBC | 053 |
| 10 | 01/04/2020/01:17 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 1/10/2020 | IBC | 053 |
| 9 | 09/22/2019/04:30 | 057 - Sexual Misconduct: Words/Actions Of A Sexual Nature | Guilty | Neither | 10/7/2019 | ECF | 027 |
| 8 | 06/25/2019/16:35 | 008 - Assault And Battery- Staff Victim | Guilty | Neither | 7/1/2019 | ECF | 027 |
| 7 | 01/15/2019/23:00 | 426 - INSOLENCE | Guilty | Neither | 1/17/2019 | ECF | 099 |
| 6 | 12/30/2018/01:22 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 1/10/2019 | ECF | 053 |
| 5 | 03/30/2018/02:52 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 4/12/2018 | ECF | 053 |
| 4 | 08/25/2017/08:30 | 431 - POSSESSION OF MONEY | Guilty | Neither | 8/31/2017 | ECF | 099 |
| 3 | 08/12/2017/13:16 | 055 - Sexual Misconduct: Exposure | Guilty | Neither | 8/24/2017 | ECF | 053 |
| 2 | 08/06/2017/09:30 | 427 - DESTRUCTION/MISUSE PROPERTY | Guilty | Neither | 8/6/2017 | ECF | 099 |
| **Total Misconducts: 95** | | | | | | | |