UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IKEIE SMITH #369273,

    Plaintiff,

v

RAY RUBLEY, LLOYD BLACKMAN, LIZA MOYER, GARY STUMP, and BRANDON WELCH,

    Defendants.

NO. 1:22-cv-925

HON. PAUL L. MALONEY

MAG. JUDGE PHILLIP J. GREEN

| | |
|---|---|
| Joshua S. Goodrich  (P83197)<br>Attorney for Plaintiff<br>Lighthouse Litigation PLLC<br>5208 W Saginaw Hwy, #81142<br>Lansing, MI 48917-1913<br>(269) 312-7435<br>jsgoodrich@lighthouse-litigation.com | Adam P. Sadowski (P73864)<br>Sara E. Trudgeon (P82155)<br>Assistant Attorney General<br>Attorney for MDOC Defendants<br>Michigan Dept. of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI  48909<br>(517) 335-3055<br>Sadowskia1@michigan.gov |

**INDEX OF EXHBIITS TO MDOC DEFENDANTS' MOTION IN LIMINE REGARDING RULE 609 IMPEACHMENT ON CONVICTIONS AND MISCONDUCT HEARING FINDINGS**

| Exhibit | Description |
|---|---|
| A | Smith Misconduct summary |
| B | Smith History |
| C | Hoskins History |
| D | Hoskins Report Excerpts |