# DEFENDANTS' EXHIBIT B



**MICHIGAN.GOV**
Michigan's Official Web Site

Michigan.gov Home | Contact MDOC | OTIS Help | MDOC's Most Wanted | Glossary | Disclaimer | MDOC Home

# BIOGRAPHICAL INFORMATION

MDOC Number:
**369273**

SID Number:
**2416944K**

Name:
**IKEIE RANORDO SMITH**

Racial Identification:
**Black**

Gender:
**Male**

Hair:
**Black**

Eyes:
**Brown**

Height:
**5' 10"**

Weight:
**155 lbs.**

Date of Birth:
**05/02/1984  (41)**

IKEIE RANORDO SMITH

Image Date:
2/20/2025

## MDOC STATUS

Current Status:
Prisoner

Assigned Location:
Ionia Correctional Facility

Security Level:
V

Earliest Release Date:
09/06/2071

Maximum Discharge Date:
09/06/2096

## ALIASES

IKE SMITH

IKEIE R. SMITH

IKEIE RANORDO SMITH

IKEIE RENARDO SMITH

## MARKS, SCARS & TATTOOS

None

# PRISON SENTENCES

## ACTIVE

Sentence 1

Offense:
Torture

Minimum Sentence:
25 years 0 months 0 days

MCL#:
750.85

Maximum Sentence:
40 years 0 months

Court File#:
16008947-01-FC

Date of Offense:
09/09/2014

County:
Wayne

Date of Sentence:
05/25/2017

Conviction Type:
Plea

## Sentence 2

Offense:
Criminal Sexual Conduct, 2nd Deg (Multiple Variables)

Minimum Sentence:
10 years 0 months 0 days

MCL#:
750.520C

Maximum Sentence:
15 years 0 months

Court File#:
16008947-01-FC

Date of Offense:
09/09/2014

County:
Wayne

Date of Sentence:
05/25/2017

Conviction Type:
Plea

## Sentence 3

Offense:
Home Invasion - 1st Degree

Minimum Sentence:
12 years 0 months 0 days

MCL#:
750.110A2

Maximum Sentence:
20 years 0 months

Court File#:
16008947-01-FC

Date of Offense:
09/09/2014

County:
Wayne

Date of Sentence:
05/25/2017

Conviction Type:
Plea

## Sentence 4

Offense:
Criminal Sexual Conduct, 1st Deg (During Felony)

Minimum Sentence:
55 years 0 months 0 days

MCL#:
750.520B1C

Maximum Sentence:
80 years 0 months

Court File#:
16009361-01-FC

Date of Offense:
07/06/2015

County:
Wayne

Date of Sentence:
05/25/2017

Conviction Type:
Plea

## Sentence 5

Offense:
Robbery Unarmed

Minimum Sentence:
10 years 0 months 0 days

MCL#:
750.530

Maximum Sentence:
15 years 0 months

Court File#:
16009361-01-FC

Date of Offense:
07/06/2015

County:
Wayne

Date of Sentence:
05/25/2017

Conviction Type:
Plea

### Sentence 6

Offense:
Criminal Sexual Conduct, 1st Deg (During Felony)

Minimum Sentence:
55 years 0 months 0 days

MCL#:
750.520B1C

Maximum Sentence:
80 years 0 months

Court File#:
16009361-01-FC

Date of Offense:
07/06/2015

County:
Wayne

Date of Sentence:
05/25/2017

Conviction Type:
Plea

### Sentence 7

Offense:
Criminal Sexual Conduct, 1st Deg (During Felony)

Minimum Sentence:
55 years 0 months 0 days

MCL#:
750.520B1C

Maximum Sentence:
80 years 0 months

Court File#:
16009361-01-FC

Date of Offense:
07/06/2015

County:
Wayne

Date of Sentence:
05/25/2017

Conviction Type:
Plea

### Sentence 8

Offense:
Criminal Sexual Conduct, 1st Deg (During Felony)

Minimum Sentence:
55 years 0 months 0 days

MCL#:
750.520B1C

Maximum Sentence:
80 years 0 months

Court File#:
16009361-01-FC

Date of Offense:
07/06/2015

County:
Wayne

Date of Sentence:
05/25/2017

Conviction Type:
Plea

### Sentence 9

Offense:
Home Invasion - 1st Degree

Minimum Sentence:
12 years 0 months 0 days

MCL#:
750.110A2

Maximum Sentence:
20 years 0 months

Court File#:
16009361-01-FC

Date of Offense:
07/06/2015

County:
Wayne

Date of Sentence:
05/25/2017

Conviction Type:
 Plea

## Sentence 10

Offense:
 Home Invasion - 1st Degree

Minimum Sentence:
 12 years 0 months 0 days

MCL#:
 <u>750.110A2</u>

Maximum Sentence:
 20 years 0 months

Court File#:
 16008795-01-FH

Date of Offense:
 08/13/2015

County:
 Wayne

Date of Sentence:
 05/25/2017

Conviction Type:
 Plea

## Sentence 11

Offense:
 Home Invasion - 1st Degree

Minimum Sentence:
 12 years 0 months 0 days

MCL#:
 <u>750.110A2</u>

Maximum Sentence:
 20 years 0 months

Court File#:
 16008796-01-FH

Date of Offense:
 08/10/2013

County:
 Wayne

Date of Sentence:
 05/25/2017

Conviction Type:
 Plea

## Sentence 12

Offense:
 Asslt w/Int Gr Bod Hrm Less Murder

Minimum Sentence:
 6 years 0 months 0 days

MCL#:
 <u>750.84</u>

Maximum Sentence:
 10 years 0 months

Court File#:
 16008970-01-FH

Date of Offense:
 08/23/2011

County:
 Wayne

Date of Sentence:
 05/24/2017

Conviction Type:
 Plea

## Sentence 13

Offense:
 Home Invasion - 1st Degree

Minimum Sentence:
 12 years 0 months 0 days

MCL#:
 <u>750.110A2</u>

Maximum Sentence:
 20 years 0 months

Court File#:
 16008970-01-FH

Date of Offense:
 08/23/2011

County:
 Wayne

Date of Sentence:
 05/24/2017

Conviction Type:
 Plea

## Sentence 14

Offense:
 Criminal Sexual Conduct, 2nd Deg (Multiple Variables)

Minimum Sentence:
 10 years 0 months 0 days

MCL#:
750.520C

Court File#:
16008946-01-FC

County:
Wayne

Conviction Type:
Plea

Minimum Sentence:
15 years 0 months

Date of Offense:
12/09/2013

Date of Sentence:
05/25/2017

## Sentence 15

Offense:
Torture

MCL#:
750.85

Court File#:
16008946-01-FC

County:
Wayne

Conviction Type:
Plea

Minimum Sentence:
25 years 0 months 0 days

Maximum Sentence:
40 years 0 months

Date of Offense:
12/09/2013

Date of Sentence:
05/25/2017

## Sentence 16

Offense:
Home Invasion - 1st Degree

MCL#:
750.110A2

Court File#:
16008946-01-FC

County:
Wayne

Conviction Type:
Plea

Minimum Sentence:
12 years 0 months 0 days

Maximum Sentence:
20 years 0 months

Date of Offense:
12/09/2013

Date of Sentence:
05/25/2017

## Sentence 17

Offense:
Criminal Sexual Conduct, 2nd Deg (Multiple Variables)

MCL#:
750.520C

Court File#:
16008794-01-FC

County:
Wayne

Conviction Type:
Plea

Minimum Sentence:
10 years 0 months 0 days

Maximum Sentence:
15 years 0 months

Date of Offense:
11/10/2015

Date of Sentence:
05/25/2017

## Sentence 18

Offense:
Criminal Sexual Conduct, 1st Deg

MCL#:
750.520B

Court File#:
16008794-01-FC

Minimum Sentence:
55 years 0 months 0 days

Maximum Sentence:
80 years 0 months

Date of Offense:
11/10/2015

County:
    Wayne

Date of Sentence:
    05/25/2017

Conviction Type:
    Plea

## Sentence 19

Offense:
    Criminal Sexual Conduct, 1st Deg

Minimum Sentence:
    55 years 0 months 0 days

MCL#:
    <u>750.520B</u>

Maximum Sentence:
    80 years 0 months

Court File#:
    16008794-01-FC

Date of Offense:
    11/10/2015

County:
    Wayne

Date of Sentence:
    05/25/2017

Conviction Type:
    Plea

## Sentence 20

Offense:
    Criminal Sexual Conduct, 1st Deg

Minimum Sentence:
    10 years 0 months 0 days

MCL#:
    <u>750.520B</u>

Maximum Sentence:
    15 years 0 months

Court File#:
    16008794-01-FC

Date of Offense:
    11/10/2015

County:
    Wayne

Date of Sentence:
    05/25/2017

Conviction Type:
    Plea

## Sentence 21

Offense:
    Home Invasion - 1st Degree

Minimum Sentence:
    12 years 0 months 0 days

MCL#:
    <u>750.110A2</u>

Maximum Sentence:
    20 years 0 months

Court File#:
    16008794-01-FC

Date of Offense:
    11/10/2015

County:
    Wayne

Date of Sentence:
    05/25/2017

Conviction Type:
    Plea

## Sentence 22

Offense:
    Robbery Unarmed

Minimum Sentence:
    10 years 0 months 0 days

MCL#:
    <u>750.530</u>

Maximum Sentence:
    15 years 0 months

Court File#:
    16008652-01-FC

Date of Offense:
    11/24/2014

County:
    Wayne

Date of Sentence:
    05/25/2017

Conviction Type:
    Plea

## Sentence 23

Offense:
Criminal Sexual Conduct, 2nd Deg (During Felony)

Minimum Sentence:
10 years 0 months 0 days

MCL#:
750.520C1C

Maximum Sentence:
15 years 0 months

Court File#:
16008652-01-FC

Date of Offense:
11/24/2014

County:
Wayne

Date of Sentence:
05/25/2017

Conviction Type:
Plea

## Sentence 24

Offense:
Criminal Sexual Conduct, 1st Deg (During Felony)

Minimum Sentence:
55 years 0 months 0 days

MCL#:
750.520B1C

Maximum Sentence:
80 years 0 months

Court File#:
16008652-01-FC

Date of Offense:
11/24/2014

County:
Wayne

Date of Sentence:
05/25/2017

Conviction Type:
Plea

## Sentence 25

Offense:
Criminal Sexual Conduct, 1st Deg (During Felony)

Minimum Sentence:
55 years 0 months 0 days

MCL#:
750.520B1C

Maximum Sentence:
80 years 0 months

Court File#:
16008652-01-FC

Date of Offense:
11/24/2014

County:
Wayne

Date of Sentence:
05/25/2017

Conviction Type:
Plea

## Sentence 26

Offense:
Home Invasion - 1st Degree

Minimum Sentence:
11 years 0 months 0 days

MCL#:
750.110A2

Maximum Sentence:
20 years 0 months

Court File#:
16008652-01-FC

Date of Offense:
11/24/2014

County:
Wayne

Date of Sentence:
05/25/2017

Conviction Type:
Plea

## Sentence 27

Offense:
Robbery Armed

Minimum Sentence:
55 years 0 months 0 days

MCL#:
750.529

Maximum Sentence:

Court File#:
16008761-01-FC

County:
Wayne

Conviction Type:
Plea

Date of Offense:
05/13/2016

Date of Sentence:
05/25/2017

## Sentence 28

Offense:
Criminal Sexual Conduct, 1st Deg

MCL#:
750.520B

Court File#:
16008761-01-FC

County:
Wayne

Conviction Type:
Plea

Minimum Sentence:
55 years 0 months 0 days

Maximum Sentence:
80 years 0 months

Date of Offense:
05/13/2016

Date of Sentence:
05/25/2017

## Sentence 29

Offense:
Criminal Sexual Conduct, 2nd Deg (Multiple Variables)

MCL#:
750.520C

Court File#:
16008761-01-FC

County:
Wayne

Conviction Type:
Plea

Minimum Sentence:
10 years 0 months 0 days

Maximum Sentence:
15 years 0 months

Date of Offense:
05/13/2016

Date of Sentence:
05/25/2017

## Sentence 30

Offense:
Home Invasion - 1st Degree

MCL#:
750.110A2

Court File#:
16008761-01-FC

County:
Wayne

Conviction Type:
Plea

Minimum Sentence:
12 years 0 months 0 days

Maximum Sentence:
20 years 0 months

Date of Offense:
05/13/2016

Date of Sentence:
05/25/2017

## INACTIVE

None

# PROBATION SENTENCES

**ACTIVE**

None

**INACTIVE**

None

## SUPERVISION CONDITIONS

None

Michigan.gov Home  |  MDOC Home  |  Escapee/Absconder Tips  |  State Web Sites  Accessibility Policy  |  Policies
Copyright © 2001-2025 State of Michigan