# DEFENDANTS' EXHIBIT C

# BIOGRAPHICAL INFORMATION



**LEROY HOSKINS**

Image Date:
9/24/2022

MDOC Number:
**202527**

SID Number:
**1455028W**

Name:
**LEROY HOSKINS**

Racial Identification:
**Black**

Gender:
**Male**

Hair:
**Black**

Eyes:
**Brown**

Height:
**5' 8"**

Weight:
**205 lbs.**

Date of Birth:
**03/14/1973  (52)**

## MDOC STATUS

Current Status:
Prisoner

Assigned Location:
Marquette Branch Prison

Security Level:
V

Earliest Release Date:
01/30/2038

Maximum Discharge Date:
05/23/2071

## ALIASES

LEROY LAMARR HOSKINS

LEROY LAMONT HOSKINS

## MARKS, SCARS & TATTOOS

Body Piercing- Left Ear

Body Piercing- Right Ear

Scar- Center Stomach

Scar- Left Arm

Scar- Left Arm -

Tattoo- Back Hand - Joy road

| | |
|---|---|
| Tattoo- Back Left Forearm - loyalty | |
| Tattoo- Back Right Forearm - respect | |
| Tattoo- Center Back - in the life 4 life, no way out | |
| Tattoo- Center Left Neck - Kemarii | |
| Tattoo- Center Right Neck - RIP Caralin | |
| Tattoo- Front Left Forearm | |
| Tattoo- Front Right Forearm - hearts, names | |
| Tattoo- Upper Chest - bad boy for life, family first | |
| Tattoo- Upper Left Shoulder - masks | |
| Tattoo- Upper Right Arm - cross | |

# PRISON SENTENCES

## ACTIVE

### Sentence 1

Offense:
    Weapons - Firearms - Possession by Felon

MCL#:
    750.224F / 769.12

Court File#:
    17005905-01-FC

County:
    Wayne

Conviction Type:
    Jury

Minimum Sentence:
    15 years 0 months 0 days

Maximum Sentence:
    40 years 0 months

Date of Offense:
    05/27/2017

Date of Sentence:
    01/31/2018

### Sentence 2

Offense:
    Weapons - Felony Firearms 2nd Offense

MCL#:
    750.227BB

Court File#:
    17005905-01-FC

County:
    Wayne

Conviction Type:
    Jury

Minimum Sentence:
    5 years 0 months 0 days

Maximum Sentence:
    5 years 0 months

Date of Offense:
    05/27/2017

Date of Sentence:
    01/31/2018

### Sentence 3

Offense:

Offense:
  Robbery Armed

Minimum Sentence:
  8 years 10 months 0 days

MCL#:
  750.529

Maximum Sentence:
  20 years 0 months

Court File#:
  045294-01

Date of Offense:
  05/07/2004

County:
  Wayne

Date of Sentence:
  11/12/2004

Conviction Type:
  Jury

### Sentence 4

Offense:
  Weapons - Felony Firearms

Minimum Sentence:
  2 years 0 months 0 days

MCL#:
  750.227BA

Maximum Sentence:
  2 years 0 months

Court File#:
  045294-01

Date of Offense:
  05/07/2004

County:
  Wayne

Date of Sentence:
  11/12/2004

Conviction Type:
  Jury

## INACTIVE

### Sentence 1

Offense:
  Weapons - Firearms - Possession by Felon

Minimum Sentence:
  3 years 4 months 0 days

MCL#:
  750.224F

Maximum Sentence:
  5 years 0 months

Court File#:
  045294-01

Date of Offense:
  05/07/2004

County:
  Wayne

Date of Sentence:
  11/12/2004

Conviction Type:
  Jury

Discharge Date:
  05/06/2011

Discharge Reason:

### Sentence 2

Offense:
  Robbery Armed

Minimum Sentence:
  6 years 0 months 0 days

MCL#:
  750.529

Maximum Sentence:
  15 years 0 months

Court File#:
  A890557FC

Date of Offense:
  09/21/1988

County:
  Kalamazoo

Date of Sentence:
  07/17/1989

Conviction Type:
  Plea

Discharge Date:

Discharge Reason:
Offender Discharge

## PROBATION SENTENCES

### ACTIVE

None

### INACTIVE

None

## SUPERVISION CONDITIONS

None