# DEFENDANTS' EXHIBIT D

## CONTACT: Prisoner Leroy Hoskins

| ID# | ROLE | DATE | TYPE |
|---|---|---|---|
| 202527 | Suspect | 6/5/2020 | Interview: In-Person |

I interviewed prisoner Leroy Hoskins on 6/5/2020. Prisoner Hoskins was asked if he recalled being let into prisoner Smith 369273 cell by staff on 3/26/2020 prior to their fight. Prisoner Hoskins stated "didn't no staff let me into his house we fought man that was it he's trying to role me into some other stuff I ain't got no part of. I told him he had to get out of the unit he told me he would go tomorrow so I fired on him that's it."