UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

I<span>KEIE</span> S<span>MITH</span> #369273,

       Plaintiff,                              Hon. Paul L. Maloney

v.                                         Case No. 1:22-cv-925

R<span>AY</span> R<span>UBLEY</span>, et al.,

       Defendants.
_____/

## ORDER

The matter is before the Court on Plaintiff's *Pro Se* Motion to Hold Michigan Department of Corrections (MDOC) in Contempt.  (ECF No. 83).  Plaintiff argues that certain MDOC Policy Directives prevent him from having meaningful access to the Courts while he is in segregation.  For example, Plaintiff alleges that he does not have access to federal case law to do necessary research while in segregation.  Since Plaintiff filed his *pro se* motion, the Court has appointed pro bono counsel to represent Plaintiff.  Accordingly, Plaintiff's motion (ECF No. 83) is **DISMISSED as MOOT**.

    **IT IS SO ORDERED**.

Date: June 11, 2025                                         /s/ Phillip J. Green
                                                                PHILLIP J. GREEN
                                                                 United States Magistrate Judge