UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IKEIE SMITH #369273,

    Plaintiff,

v

RAY RUBLEY, LLOYD BLACKMAN, LIZA MOYER, GARY STUMP, and BRANDON WELCH,

    Defendants.

NO. 1:22-cv-925

HON. PAUL L. MALONEY

MAG. JUDGE PHILLIP J. GREEN

Joshua Goodrich, J.D., LL.M. (P83197)
Attorney for the Plaintiff
Lighthouse Litigation PLLC
5208 W Saginaw Hwy., 81142
Lansing, MI 48917
Phone (269) 312-7435
Fax (646) 356-7044
jsgoodrich@lighthouse-litigation.com

Adam P. Sadowski (P73864)
Assistant Attorney General
Attorney for Defendants
Michigan Dept. of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-3055
Sadowskia1@michigan.gov

/

**STIPULATED ORDER MOVING TRIAL PLEADINGS DEADLINE FROM JUNE 25, 2025, TO JULY 18, 2025**

    The parties, through counsel, stipulate and agree to the following:

    1.    On February 27, 2025, the Court entered a Trial Case Management Order setting the final pretrial for June 23, 2025, and the trial for July 15, 2025. (ECF No. 105.)  Defendant Brandon Welch had a conflict with the trial date and the trial date was moved to August 12, 2025, but all other dates remained.  (ECF No. 107.)  Currently, proposed voir dire questions, trial briefs, proposed jury instructions, joint statement of the case, and statement of the elements are due June 25, 2025.  (ECF No. 105, PageID.664-665.)

2.      The parties stipulate to moving the deadlines for proposed voir dire questions, trial briefs, proposed jury instructions, joint statement of the case, and statement of the elements from June 25, 2025, to July 18, 2025, to permit more time for the parties to create adequate pleadings over the many claims in this case.

This matter having come before the Court on the parties' stipulation, the Court being fully apprised in the premises,

**IT IS HEREBY ORDERED** as follows:

1.      There is good cause to move the June 25, 2025, deadline for proposed voir dire questions, trial briefs, proposed jury instructions, joint statement of the case, and statement of the elements to July 18, 2025.  Therefore, the deadline for proposed voir dire questions, trial briefs, proposed jury instructions, joint statement of the case, and statement of the elements is now July 18, 2025.

**IT IS SO ORDERED.**

Dated: __June 17, 2025__          /s/ Paul L. Maloney
                                  HON. PAUL L. MALONEY
                                  U.S. District Judge, W.D. Mich.

The undersigned parties agree and stipulate to entry of the above Stipulated Protective Order.

Date: June 16, 2025               */s/Joshua S. Goodrich w/consent*
                                  Joshua S. Goodrich (P83197)
                                  Counsel for Plaintiff

Date: June 16, 2025               */s/ Adam P. Sadowski*
                                  Adam P. Sadowski (P73864)
                                  Counsel for Defendants