UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  Smith v. Rubley, et al

**Case Number:**  1:22-cv-925
**Date:**  June 23, 2025
**Time:**  9:49 a.m. - 10:05 a.m.
**Place:**  Kalamazoo
**Judge:**  Paul L. Maloney

**APPEARANCES**

    Plaintiff:  Joshua S. Goodrich

    Defendants:  Adam P. Sadowski and Sara E. Trudgeon

**PROCEEDINGS**

Nature of Hearing:  Final Pretrial Conference held; trial to commence on 8/12/2025

Court Reporter: Lauret Henry        Case Manager: Amy Redmond