UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IKEIE SMITH #369273,

    Plaintiff,

v.

RAY RUBLEY, et al.,

    Defendants.
_____/

Case No. 1:22-cv-925

HONORABLE PAUL L. MALONEY

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**IT IS ORDERED** that the Clerk of this Court be and hereby is instructed to issue a Writ of Habeas Corpus Ad Testificandum to the Michigan Department of Corrections to bring **Ikeie Smith #269273** before this Court for a jury trial on **August 12, 2025 at 8:45 a.m.,** in the above-entitled cause and to be returned to said place of confinement after the conclusion of this case. Trial is estimated to last four (4) days.

This proceeding may not be conducted by video conference. **The prisoner shall bring civilian clothing.**

Dated: July 31, 2025

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge