UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IKEIE SMITH #369273,

    Plaintiff,

v.

RAY RUBLEY, et al.,

    Defendants.

_____/

Case No. 1:22-cv-925

HONORABLE PAUL L. MALONEY

**<u>WRIT OF HABEAS CORPUS</u>**

**TO: MICHIGAN DEPARTMENT OF CORRECTIONS**

    We command that you have **Ikeie Smith #369273**, detained under your custody, under safe and secure conduct, at the United States District Court for the Western District of Michigan, 410 Michigan Avenue, Courtroom 174, Kalamazoo, Michigan, for a jury trial, on **<u>August 12, 2025 at 8:45 a.m.,</u>** as a Plaintiff in the above-entitled cause, to be returned to his place of confinement under safe and secure conduct after conclusion of the case. Trial is estimated to last four (4) days.

    This proceeding may not be conducted by video conference. **The prisoner shall bring civilian clothing.**

    WITNESS, the Honorable Paul L. Maloney, District Judge
of the United States District Court for the Western District
of Michigan, this July 31, 2025.

    ANN E. FILKINS, CLERK OF COURT, United States District
Court for the Western District of Michigan

    By:   /s/ Amy C. Redmond
          Deputy Clerk