UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IKEIE SMITH #369273,

    Plaintiff,

v.

RAY RUBLEY, et al.,

    Defendants.

_____/

Case No. 1:22-cv-925

HONORABLE PAUL L. MALONEY

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**IT IS ORDERED** that the Clerk of this Court be and hereby is instructed to issue a Writ of Habeas Corpus Ad Testificandum to the Oakland County Sheriff's Department to bring **Phillip Lloyd #0365239** before this Court as a witness for a jury trial on **August 12, 2025 at 2:00 p.m.,** in the above-entitled cause and at such other times and dates as the Court may decree.

**This proceeding will be conducted by video conference**.

Dated: August 7, 2025

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge