UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IKEIE SMITH #369273,

    Plaintiff,

v.                                            Case No. 1:22-cv-925

RAY RUBLEY, et al.,                HONORABLE PAUL L. MALONEY

    Defendants.                         **WRIT OF HABEAS CORPUS**
_____/

**TO: OAKLAND COUNTY SHERIFF'S DEPARTMENT**

    We command that you have **Phillip Lloyd #0365239**, detained under your custody, under safe and secure conduct, available via video-conference to appear as a witness for a jury trial in the above-entitled cause, on **August 12, 2025 at 2:00 p.m.**, and at such other times and dates as the Court may decree.

    WITNESS, the Honorable Paul L. Maloney, District Judge
of the United States District Court for the Western District
of Michigan, this August 7, 2025.

    ANN E. FILKINS, CLERK OF COURT, United States District
Court for the Western District of Michigan

    By:   /s/ Amy C. Redmond
           Deputy Clerk