UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IKEIE SMITH #369273,

    Plaintiff,

v.

    Case No. 1:22-cv-925

    HONORABLE PAUL L. MALONEY

RAY RUBLEY, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the jury verdict returned and entered on August 15, 2025, and pursuant to Federal Rule of Civil Procedure 58, judgment hereby enters.

**IT IS SO ORDERED.**

Dated:  August 18, 2025

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge